IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERT SUTTON,  § | |
| § | |
| Plaintiff,  § | |
| § | CIVIL ACTION NO: |
| v.  § | |
| § | 5:17-CV-1073 |
| GLOBE ENERGY SERVICES, LLC,  § | |
| § | |
| Defendant.  § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW Defendant Globe Energy Services, LLC ("Globe") and files its Notice of Removal. Defendant removes to this Court Case No. D-506-CV-2017-01000, which has been filed in the Fifth Judicial District Court of Lea County, New Mexico. Removal is proper for the following reasons:

1. On September 29, 2017, Defendant was served with Plaintiff's Complaint for Employment Discrimination ("Complaint").

2. This Notice of Removal is filed within thirty (30) days of the receipt of service of Plaintiff's Complaint as required by 28 U.S.C. § 1446(b).

3. Defendant invokes the jurisdiction of the United States District Court for the District of New Mexico. The District Courts of the United States have original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under federal law. Specifically, Plaintiff asserts federal law claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.* and for damages under the Family and Medical Leave Act. Because Plaintiff's claims arise under federal law, removal is proper to the district and division embracing

...

...

the place where the action is pending.  28 U.S.C. § 1441(a).  Consequently, this case is removable without regard to the citizenship or residence of the parties.  28 U.S.C. § 1441(b).  To the extent there are state law claims, this Court has supplemental federal court jurisdiction over those claims.  28 U.S.C. § 1367.

4. Federal jurisdiction also exists pursuant to 28 U.S.C. §§ 1332 and 1441 because this is a dispute between diverse parties of different states and the amount in controversy exceeds $75,000.

5. A true and correct copy of all process, pleadings and the orders served upon Defendant in the state court action are being filed with this notice, as required by 28 U.S.C. § 1446(a) [Exhibit A].

6. As indicated in the attached Certificate of Service, Defendant is giving the adverse party written notice of the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(d).

7. Defendant is filing a copy of this Notice of Removal this date with the Clerk of the Fifth Judicial District Court of Lea County, New Mexico, as required by 28 U.S.C. § 1446(d).

8. In accordance with D.N.M.LR-Civ. 83.3(a)(1), the undersigned certifies that Russell D. Cawyer of KELLY HART & HALLMAN LLP is a member in good standing of the bar of the State of Texas and will be associating with me in this action.  The undersigned will continue to participate and accept service in this action.

WHEREFORE, Defendant requests that the above-entitled action be removed in its entirety from the Fifth Judicial District Court, Lea County, New Mexico, to this Court.  Defendant requests any other relief to which it is justly entitled.

        Respectfully submitted,

        */s/ Anna Brandl*
        Anna Brandl
        NM Bar No. 149813
        **KELLY HART & HALLMAN LLP**
        508 W. Wall St., Ste. 444
        Midland, Texas  79701
        Telephone (432) 688-0439
        Facsimile (432) 683-6518
        anna.brandl@kellyhart.com

        Russell D. Cawyer
        Texas Bar No. 00793482
        **KELLY HART & HALLMAN LLP**
        201 Main Street, Suite 2500
        Fort Worth, Texas  76102
        Telephone (817) 878-3562
        Facsimile (817) 878-9280
        russell.cawyer@kellyhart.com

        **ATTORNEYS FOR DEFENDANT**
        **GLOBE ENERGY SERVICES, LLC**

## CERTIFICATE OF SERVICE

On October 27, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of New Mexico, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Anna Brandl*
        Anna Brandl

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **ROBERT SUTTON,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO:** |
| v. | § § | |
| **GLOBE ENERGY SERVICES, LLC,** | § § | _____ |
| **Defendant.** | § § | |

## INDEX OF STATE COURT FILINGS

A-1     State Court Docket Sheet (10/13/17)

A-2     Plaintiff's Complaint for Employment Discrimination (7/25/17)

A-3     Summons issued to Globe Energy Services, LLC (9/22/17)

A-4     Return of Service of Summons (10/9/17)



2533255_1

**D-506-CV-201701000 - Friday, October 13, 2017**

# Robert Sutton

## v.

# Globe Energy Services, LLC

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-506-CV-201701000 | Clingman, Gary L. | 07/25/2017 | LOVINGTON District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | GLOBE ENERGY SERVICES, LLC |
| P | Plaintiff | 1 | SUTTON ROBERT |
| | ATTORNEY: RUSSELL TARYN SHENELL | | |

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 07/25/2017 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Miscellaneous |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| | | |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 10/09/2017 | SUMMONS RETURN | | D | 1 | |
| 09/22/2017 | SUMMONS ISSUED | | D | 1 | |
| 09/22/2017 | | | | | |
| 07/25/2017 | OPN: COMPLAINT | | | | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 07/25/2017 | Clingman, Gary L. | 1 | INITIAL ASSIGNMENT |



EXHIBIT A-1

STATE OF NEW MEXICO
COUNTY OF LEA
FIFTH JUDICIAL DISTRICT COURT

FILED IN MY OFFICE
DISTRICT COURT CLERK
7/25/2017 4:54:15 PM
NELDA CUELLAR
Sandy Long

ROBERT SUTTON,

    Plaintiff,

D-506-CV-2017-01000

vs.

Case No. _____

GLOBE ENERGY SERVICES, LLC,

Case assigned to Clingman, Gary L.

    Defendant.

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

COMES NOW Plaintiff, Robert Sutton, by and through his counsel, Ragsdale Law Firm (Luke W. Ragsdale and Taryn S. Russell), and hereby submits his Complaint for Employment Discrimination:

### Jurisdiction and Venue

1. Plaintiff is a resident of the City of Hobbs, County of Lea, State of New Mexico, and has been for more than six months prior to the filing of this Complaint.

2. Defendant Globe Energy Services, LLC ("Globe Energy") is a Texas limited liability company licensed to conduct business in the state of New Mexico and operating an office in the City of Hobbs, County of Lea, State of New Mexico.

3. This Court has jurisdiction over the parties and subject matter involved in this lawsuit.

4. Venue is proper in the Lea County District Court.

### General Allegations

5. Plaintiff was employed by Globe Energy from June 21, 2012, until January 9, 2015.



EXHIBIT A-2

6. In November 2014, Plaintiff became ill. When Plaintiff presented to the emergency room, he was diagnosed with a ruptured ulcer in his abdomen, which had precipitated serious internal bleeding.

7. Plaintiff underwent emergency surgery in November 2014.

8. Plaintiff was on paid leave for several weeks while he was in the hospital and then recovering at home.

9. Plaintiff returned to work on or around January 8, 2015.

10. Plaintiff's doctor had released Plaintiff to return to work with the understanding that Plaintiff would be on light work duty. Plaintiff provided his supervisor at Globe Energy with orders from the doctor.

11. On Plaintiff's first day back at work, he was sent out to approximately four or five locations. He was tasked with picking up tools from pulling units, which involved lifting loads over 100 pounds. The trips also involved rough travel on road that were not maintained.

12. Plaintiff informed a supervisor that he could not handle any more trips that day and needed to go home. Plaintiff was told he needed to see a doctor and get a note if he was going to leave before the end of his shift.

13. Plaintiff went to his doctor, who sent him back with a note stating that Plaintiff should lift no more than ten pounds and should avoid jarring movements.

14. When Plaintiff returned with the note, his supervisor was out of the office. Plaintiff was told to return the next morning to meet with Glenn Coates.

15. When Plaintiff met with Mr. Coates on January 9, 2015, Mr. Coates asked Plaintiff to resign.

16. After Plaintiff refused to resign, he was terminated from his employment with Globe Energy.

17. Plaintiff exhausted his administrative remedies by filing a Charge of Discrimination with the Equal Employment Opportunity Commission in a timely fashion.

18. The EEOC issued Plaintiff a Notice of Right to Sue on April 26, 2017.

19. Due to his termination, Plaintiff has suffered significant damages, including, but not limited to, lost wages, loss of retirement benefits, loss of health insurance for himself and his family, and pain and suffering.

## Claim I: Violation of the Americans with Disabilities Act

20. At all times relevant to the events at issue in this lawsuit, Plaintiff suffered from a physical impairment that qualifies as a disability within the meaning of the Americans with Disabilities Act.

21. Defendant terminated Plaintiff's employment due to Plaintiff's disability.

22. Plaintiff was qualified to perform the essential functions of his position with reasonable accommodations.

23. Defendant failed to attempt to provide Plaintiff with reasonable accommodations.

24. Defendant discriminated against Plaintiff in violation of the ADA.

25. Defendant is liable to Plaintiff for damages suffered as a result of said discrimination.

## Claim II: Violation of the New Mexico Human Rights Act

26. At all times relevant to the events at issue in this lawsuit, Plaintiff suffered from a serious medical condition as defined by the New Mexico Human Rights Act ("NMHRA").

27. Defendant took adverse action against Plaintiff on the basis of Plaintiff's disability or serious medical condition. Such adverse action included a failure to accommodate Plaintiff's condition and the subsequent termination of Plaintiff's employment.

28. Defendant's conduct violated the terms of the NMHRA.

29. Defendant is liable to Plaintiff for damages caused by Defendant's violations of the NMHRA.

## Claim III: Violation of the Family Medical Leave Act

30. At all times relevant to the events at issue in this lawsuit, Plaintiff was eligible for leave under the Family Medical Leave Act ("FMLA").

31. At all relevant times, Defendant was subject to the terms of the FMLA.

32. Plaintiff suffered from a serious health condition, entitling him to leave under the FMLA.

33. At the time of Plaintiff's termination, Plaintiff had not exhausted the twelve (12) weeks of leave allowed by the FMLA.

34. Defendant interfered with Plaintiff's ability to take leave as allowed by the FMLA.

35. Defendant's refusal to allow additional leave and decision to terminate Plaintiff's employment violated the FMLA.

36. Defendant is liable to Plaintiff for damages suffered as a result of Defendant's violation of the FMLA.

WHEREFORE, Plaintiff prays this Court enter judgment in Plaintiff's favor with respect to the claims in Plaintiff's Complaint; award Plaintiff damages in an amount to be proved at trial; and grant such other and further relief as this Court deems fair and appropriate.

Respectfully submitted,

*(signature)*

Luke W. Ragsdale
Taryn S. Russell
Ragsdale Law Firm
P.O. Box 3220
Roswell, NM 88202-3220
(575) 208-5300
*Attorneys for Plaintiff*

| SUMMONS ||
|---|---|
| **Fifth Judicial District Court** <br> **Lea County New Mexico** <br> **Court Address: 100 N Main** <br> **Lovington, NM 88260** <br> **Court Telephone No.:575-396-8571** | Case Number: D-506-CV-2017-01000 <br><br><br> Judge: Gary L. Clingman |
| ROBERT SUTTON, <br><br> Plaintiff, <br><br> vs. <br><br> GLOBE ENERGY SERVICES, LLC, <br><br> Defendant. | Defendant: <br><br><br> Name: National Registered Agents Inc <br> c/o <br> Globe Energy Services, LLC <br><br> Address:  206 S Coronado Ave <br> Espanola, NM 87532 |

**TO THE ABOVE NAMED DEFENDANT/DEFENDANTS:** Take notice that

1.   A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

2.   You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.)  The Court's address is listed above.

3.   You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.   If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.   You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

6.   If you need an interpreter, you must ask for one in writing.

7.   You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at   Lovington  , New Mexico, this  22nd  day of  September , 20 17 .

CLERK OF COURT

By: _____
         Deputy

/s/ Luke W. Ragsdale
Luke W. Ragsdale
Ragsdale Law Firm
P. O. Box 3220
Roswell, NM 88202-3220
(575) 208-5300; Fax (575) 208-5828
luke@ragsdalelawfirm.com

**EXHIBIT A-3**

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURT.**

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

# RETURN

STATE OF NEW MEXICO   )
                      ) ss.
COUNTY OF             )

I, being sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this Summons in _____ County on the _____ day of _____, _____, by delivering a copy of this Summons, with a copy of the Complaint for Employment Discrimination attached, in the following manner.

**(Check one box and fill in appropriate blanks.)**

[ ] to the Respondent _____ *(used when Respondent accepts a copy of Summons and Petition or refuses to accept the Summons and Complaint).*
[ ] to the Respondent by [mail] {courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the Summons and Petition on the Respondent by personal service or by mail or commercial courier service, by delivering a copy of this Summons, with a copy of the Complaint for Employment Discrimination are attached in the following manner.

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Respondent _____, *(used when the Respondent is not presently at place of abode)* and by mailing by first class mail to the Respondent at _____ *(insert Respondent's last known mailing address)* a copy of the Summons and Complaint.
[ ] to _____, the person apparently in charge at the actual place of business or employment of the Respondent and by mailing by first class mail to the Respondent at _____ *(insert Respondent's business address)* and by mailing the Summons and Petition by first class mail to the Respondent at _____ *(insert Respondent's last known mailing address).*
[ ] to _____, an agent authorized to receive service of process for Respondent _____.
[ ] to _____ [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Respondent _____ *(used when Respondent is a minor or an incompetent person).*
[ ] to _____ *(name of person),* _____, *(title of person authorized to receive service. Use this alternative when the Respondent is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

Title: _____


Subscribed and sworn to before me this _____ day of _____, _____.

_____
Judge, Notary or other officer authorized
to administer oaths

Official Title: _____

| SUMMONS | |
|---|---|
| Fifth Judicial District Court<br>Lea County New Mexico<br>Court Address: 100 N Main<br>Lovington, NM 88260<br>Court Telephone No.:575-396-8571 | Case Number: D-506-CV-2017-01000<br><br>Judge: Gary L. Clingman |
| ROBERT SUTTON,<br><br>    Plaintiff,<br><br>vs.<br><br>GLOBE ENERGY SERVICES, LLC,<br><br>    Defendant. | Defendant:<br><br>Name: National Registered Agents Inc<br>c/o<br>Globe Energy Services, LLC<br><br>Address:   206 S Coronado Ave<br>         Espanola, NM 87532 |

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/9/2017 3:34:17 PM
NELDA CUELLAR
Jennifer Salcido

**TO THE ABOVE NAMED DEFENDANT/DEFENDANTS:** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _Lovington_, New Mexico, this _22nd_ day of _September_, 20_17_.

CLERK OF COURT
By: _[signature]_
      Deputy

/s/ Luke W. Ragsdale
Luke W. Ragsdale
Ragsdale Law Firm
P. O. Box 3220
Roswell, NM 88202-3220
(575) 208-5300; Fax (575) 208-5828
luke@ragsdalelawfirm.com

EXHIBIT
A-4

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURT.**

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**RETURN**

STATE OF NEW MEXICO )
) ss.
COUNTY OF )

I, being sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this Summons in Rio Arriba County on the 29 day of Sept., 2017, by delivering a copy of this Summons, with a copy of the Complaint for Employment Discrimination attached, in the following manner.

**(Check one box and fill in appropriate blanks.)**

[X] to the Respondent Globe Energy Services LLC (used when Respondent accepts a copy of Summons and Petition or refuses to accept the Summons and Complaint).
[ ] to the Respondent by [mail] {courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service)*.

After attempting to serve the Summons and Petition on the Respondent by personal service or by mail or commercial courier service, by delivering a copy of this Summons, with a copy of the Complaint for Employment Discrimination are attached in the following manner.

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of Respondent _____, *(used when the Respondent is not presently at place of abode)* and by mailing by first class mail to the Respondent at _____ *(insert Respondent's last known mailing address)* a copy of the Summons and Complaint.
[ ] to _____, the person apparently in charge at the actual place of business or employment of the Respondent and by mailing by first class mail to the Respondent at _____ *(insert Respondent's business address)* and by mailing the Summons and Petition by first class mail to the Respondent at _____ *(insert Respondent's last known mailing address)*.
[ ] to _____, an agent authorized to receive service of process for Respondent _____.
[ ] to _____ [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Respondent _____ *(used when Respondent is a minor or an incompetent person)*.
[ ] to _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the Respondent is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)*.

Fees: _____

Bill D. Smith
Signature of person making service

Title: Deputy Sheriff

Subscribed and sworn to before me this _____ day of _____, _____.

_____
Judge, Notary or other officer authorized to administer oaths

Official Title: _____

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert Sutton,

### DEFENDANTS
Globe Energy Services, LLC

**(b)** County of Residence of First Listed Plaintiff: **Lea**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Luke Ragsdale and Taryn S. Russell, Ragsdale Law Firm,
P.O. Box 3220, Roswell, NM 88202-3220; (575) 208-5300

Attorneys *(If Known)*
Anna Brandl and Russell D. Cawyer, Kelly Hart & Hallman, LLP,
508 W. Wall St., Ste. 444, Midland, Texas 79701; (432) 688-0439

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. s 12101 et seq.

Brief description of cause:
Disability discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 10/27/2017
SIGNATURE OF ATTORNEY OF RECORD: /s/ Anna Brandl

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____