# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT SUTTON,

    Plaintiff,

vs.                                     2:17-cv-01073-KG-SMV

GLOBE ENERGY SERVICES, LLC,

    Defendant.

## ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

THIS MATTER having come before the Court upon Plaintiff's Motion to Extend Time to Respond to Defendant's Motion to Dismiss and Counsel for Defendant, Globe Energy Services, LLC not opposing said Motion, and the Court being fully advised in the premises, finds that the motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has an extension of December 11, 2017, to respond to Defendant's Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/Luke W. Ragsdale
Luke W. Ragsdale
Taryn S. Russell
Ragsdale Law Firm, P.C.
P.O. Box 3220
Roswell, NM 88202-3220
(575) 208-5300
luke@ragsdalelawfirm.com
*Attorneys for Plaintiff*

Approved by:

<u>Approved via email 11/27/2017</u>
Anna Brandl
Kelly Hart & Hallman LLP
508 W. Wall St., Ste. 444
Midland, TX 79701
(432) 688-0439
Anna.brandl@kellyhart.com


<u>Telephonically approved 11/21/2017</u>
Russsell D. Cawyer
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
(817) 878-3562
Russell.cawyer@kellyhart.com
*Attorneys for Defendant*