IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT SUTTON,

    Plaintiff,

v.                          No. 2:17-cv-01073-KG/SMV

GLOBE ENERGY SERVICES, LLC,

    Defendant.

## PARTIAL ORDER OF DISMISSAL

Having granted the Motion to Dismiss (Doc. 3), in part, by entering a Memorandum Opinion and Order contemporaneously with this Partial Order of Dismissal,

IT IS ORDERED that Claim III of Plaintiff's Complaint, (Doc. 1) at 6, is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE